THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUCHER AEROSPACE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOMBARDIER AEROSPACE CORPORATION,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-01238-BJR<br><br>**ORDER FOR RELIEF FROM DEADLINE TO RESPOND TO COMPLAINT** |

This matter having come before the Court on Defendant Bombardier Aerospace Corporation's ("Defendant") Unopposed Motion for Relief from Deadline to Respond to Complaint ("Motion"), the Court hereby finds and concludes that good cause exists to extend the deadline for Defendant to respond to Plaintiff Bucher Aerospace Corporation's Complaint [Dkt. #1] ("Complaint"). Defendant's Motion is GRANTED. Defendant shall file its response to the Complaint on or before October 26, 2022.

DATED this 7th day of October, 2022.

*/s/ Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION
FOR RELIEF FROM DEADLINE TO
RESPOND TO COMPLAINT - 1
(2:22-cv-01238-BJR)

Pillsbury Winthrop Shaw Pittman LLP
1200 17th St NW
Washington, DC 20036
Tel.: (202) 663-8000

4860-2087-7623.v1