THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUCHER AEROSPACE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOMBARDIER AEROSPACE CORPORATION,<br><br>Defendant. | Case No. 2:22-cv-01238-BJR<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO AMENDED COMPLAINT** |

This matter having come before the Court on Defendant Bombardier Aerospace Corporation's ("Defendant") Unopposed Motion for Relief from Deadline to respond to the Amended Complaint (the "Motion"), the Court hereby finds and concludes that good cause exists to extend the deadline for Defendant to respond to Plaintiff Bucher Aerospace Corporation's Amended Complaint, Dkt. No. 26 (the "Amended Complaint"). Defendant's Motion is GRANTED. Defendant shall file its response to the Complaint on or before February 16, 2023.

DATED this 6th day of February, 2023.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO AMENDED COMPLAINT - 1
(2:22-cv-01238-BJR)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717