HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUCHER AEROSPACE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOMBARDIER AEROSPACE CORPORATION,<br><br>Defendant. | NO.  2:22-cv-01238-BJR<br><br>ORDER GRANTING JOINT MOTION TO SEAL |

THIS MATTER having come before the Court on Plaintiff Bucher Aerospace Corporation's and Defendant Bombardier Aerospace Corporation's Joint Motion to Seal, and the Court having reviewed and considered the motion and all associated papers filed in support, hereby ORDERS that the Joint Motion to Seal is GRANTED.

The Court hereby ORDERS the Clerk to seal

1. Exhibit A to Bucher Aerospace Corporation's ("Bucher") Amended Complaint, Dkt. 26-1;

2. Exhibit B to Bucher's Amended Complaint, Dkt. 26-2;

3. Exhibit A to the Declaration of Francisco Aguilera in Support of Bucher's Opposition to Bombardier's Motion to Dismiss, Dkt. 14-1; and

4. Exhibit A to the Declaration of Michael McNamara in Support of

ORDER GRANTING JOINT MOTION TO SEAL - 1
(Case No. 2:22-cv-01238-BJR)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  Bombardier's Motion to Dismiss, Dkt. 10-1 (collectively, the "Confidential Documents").  The
2  parties are directed to file redacted versions of the Confidential Documents no later than April
3  12, 2023.

5  DATED this 7th day of April, 2023.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO SEAL - 2
(Case No. 2:22-cv-01238-BJR)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717