IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUCHER AEROSPACE CORPORATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BOMBARDIER AEROSPACE CORPORATION,<br><br>　　　　　　　　　　　　Defendant. | **The Honorable Barbara J. Rothstein**<br><br>NO. 2:22-cv-01238-BJR<br><br>**ORDER GRANTING MODIFICATION OF CASE SCHEDULE** |

THIS MATTER, having come by Plaintiff Bucher Aerospace Corporation's Stipulated Motion to Modify the Case Schedule and Defendant Bombardier Aerospace Corporation having stipulated to the entry of this Order, it is hereby

ORDERED, ADJUDGED AND DECREED that the Court's December 12, 2022 Order Setting Trial Dates and Related Deadlines (Dkt. 24) be stricken and this Order be ENTERED in its place.

/ / /

/ / /

ORDER GRANTING MODIFICATION OF CASE
SCHEDULE - 1
2:22-cv-01238-BJR
4863-3490-3148.1


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

| | |
|---|---|
| TRIAL DATE | April 15, 2024 |
| Reports from expert witness under FRCP 26(a)(2) due | September 15, 2023 |
| Discovery completed by | October 20, 2023 |
| All dispositive motions must be filed by | November 15, 2023 |
| All motions *in limine* must be filed by | March 11, 2024 |
| Joint Pretrial Statement | March 15, 2024 |
| Pretrial conference | April 1, 2024 |
| Length of Trial | 4–6 days |

These dates are set at the direction of the Court. All other dates are specified in the Local Civil Rules and/or the Court's Standing Order in all civil cases. If any of the dates identified in this Order, the Standing Order, or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery in the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Courtroom Deputy Clerk in writing within **TEN (10) days** of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

ORDER GRANTING MODIFICATION OF CASE
SCHEDULE - 2
2:22-cv-01238-BJR
4863-3490-3148.1

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

**SO ORDERED.**

This 27th day of June, 2023.

*Barbara J. Rothstein*
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

By *s/Christopher R. Conley*
   *s/Roger J. Kindley*
   Christopher R. Conley, WSBA #59187
   Roger J. Kindley, WSBA #11875
   Attorneys for Plaintiff
   RYAN, SWANSON & CLEVELAND, PLLC
   1201 Third Avenue, Suite 3400
   Seattle, Washington  98101-3034
   Telephone: (206) 464-4224
   Conley@ryanlaw.com
   Kindley@ryanlaw.com

Approved by:

By s/*Tyler L. Farmer*
   s/*Ariel A. Martinez*
   Tyler L. Farmer, WSBA #39912
   Ariel A. Martinez, WSBA #54869
   Attorneys for Defendant
   Harrigan Leyh Farmer & Thomsen LLP
   999 Third Avenue, Suite 4400
   Seattle, WA 98104
   (206) 623-1700
   tyler@harriganleyh.com
   arielm@harriganleyh.com

ORDER GRANTING MODIFICATION OF CASE SCHEDULE - 3
2:22-cv-01238-BJR

4863-3490-3148.1


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359